UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MICHAEL ESPOSITO**  **DOCKET NO. 2:25-cv-00570**
  **REG. # 08838-095**    **SECTION P**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**WARDEN FCI OAKDALE**  **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 9) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 12th day of December, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE